USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARCOS CALCANO, *on behalf of himself and all other persons similarly situated*,

                     Plaintiff,

-v-

THE ART OF SHAVING - FL, LLC,

                     Defendant.
-----------------------------------------------------------------X

1:19-cv-10432-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On April 27, 2020, the Court issued a memorandum opinion and order, granting Defendant's motion to dismiss Plaintiff's first amended complaint. Dkt. No. 24. The Court's order granted Plaintiff leave to file a second amended complaint within fifteen days. *Id.* at 4. Therefore, Plaintiff's second amended complaint was due no later than May 12, 2020. As of the date of this order, the Court has not received Plaintiff's second amended complaint. Accordingly, the Clerk of Court is directed to enter judgment in favor of Defendant and to close this case.

    SO ORDERED.

Dated: May 13, 2020

                                                  _____
                                                     GREGORY H. WOODS
                                                    United States District Judge