**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MARCOS CALCANO, and on behalf of all other
Persons similarly situated,

                       Plaintiff,

-against-                                       19 **CIVIL** 10432 (GHW)

                                               **JUDGMENT**

THE ART OF SHAVING-FL, LLC,

                       Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated May 13, 2020, judgment is entered in favor of Defendant and this case is closed.

**Dated:**  New York, New York

       May 13, 2020

                                                          **RUBY J. KRAJICK**
                                                        _____
                                                            Clerk of Court
                               **BY:**
                                                           _____
                                                           Deputy Clerk